# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TITA TED BORU,<br><br>    Plaintiff,<br><br>v.<br><br>INGRAM MICRO SERVICES, LLC,<br><br>    Defendant. | Case No. 2:18-cv-00982-RFB-BNW<br><br>**REPORT AND RECOMMENDATION** |

On December 2, 2019, the court granted Plaintiff's application to proceed *in forma pauperis* and screened his complaint. (ECF No. 10.) After screening Plaintiff's complaint, the court dismissed it without prejudice and gave Plaintiff until January 2, 2020 to file an amended complaint. (*Id.* at 6.) Plaintiff was advised that failure to comply with the court's order would result in a recommendation that his case be dismissed. (*Id.*) Given that plaintiff has not complied with the court's order or sought relief from this deadline, he appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that plaintiff Tita Ted Boru's case be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: February 11, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE
